120 So.2d 841

**Madeline M. HOLLAND**

v.

**Lawrence BALANTYNE, Whitney National Bank of New Orleans, and Malvern F. Driscoll.**

No. 44276.

May 31, 1960.

Frank J. Klein, New Orleans, for appellant.

Driscoll & Flanagan, Lucien J. Fourcade, New Orleans, curator ad hoc, for appellee.

HAMLIN, Justice.

The appellant, Madeline M. Holland, did not appear at the time set for argument of the appeal in this Court and did not file a brief in support of her appeal. It is well settled that under these circumstances the appeal will be dismissed. Di Martino v. O'Brien, 225 La. 329, 72 So.2d 749; Harvey v. Thomas, 227 La. 25, 78 So.2d 497; Juneau v. Juneau, 227 La. 921, 80 So.2d 864.

It is ordered that the appeal be dismissed.